STATE v. JOINES

No. 108P84.

Case below: 70 N.C. App. 146.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 April 1985.

STATE v. LASSITER

No. 722P84.

Case below: 70 N.C. App. 731.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 April 1985. Petition by Attorney General for writ of certiorari to the North Carolina Court of Appeals denied 2 April 1985.

STATE v. LEVERETT

No. 137P85.

Case below: 73 N.C. App. 180.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 April 1985.

STATE v. McLEOD

No. 684P84.

Case below: 71 N.C. App. 226.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 April 1985.

STATE v. MOORE

No. 703P84.

Case below: 71 N.C. App. 639.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 April 1985.